IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE:  $15,410.00 IN UNITED STATES CURRENCY,
        $6,121.00 IN UNITED STATES CURRENCY,
        2009 NISSAN FRONTIER,
        2001 GMC YUKON DENALI, and
        2006 GMC SIERRA 1500

_____

**UNITED STATES' FORTHWITH MOTION FOR EXTENSION OF
TIME TO FILE COMPLAINT FOR FORFEITURE**

_____

The United States of America, by United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, moves the Court forthwith pursuant to 18 U.S.C. § 983(a)(3)(A), to extend the time in which the United States is required to file a civil or criminal  forfeiture action from February 27, 2012, to April 27, 2012.  The property subject to potential forfeiture consists of $15,410.00 in United States Currency, $6,121.00 in United States Currency, a 2009 Nissan Frontier Crew Cab, a 2001 GMC Yukon Denali, and a 2006 GMC Sierra 1500 (collectively, "subject Property").   In support of this Motion the United States represents to the Court as follows:

1.      The subject Property was seized during the execution of eight State of Colorado search warrants in Fort Collins, Colorado, between September 30 and November 16, 2011.  The search warrants were obtained by the Northern Colorado Drug Task Force and the Drug Enforcement Administration as part of an investigation into the Alan Johnson cocaine and methamphetamine Drug Trafficking Organization, operating in Larimer County, Colorado.  As part of the investigation, over $75,000.00 in

1

United States Currency, 15 firearms, and five vehicles were seized, and eight targets arrested.

2.      The Drug Enforcement Administration initiated administrative forfeiture proceedings against all of the property seized, and to date, claims for the subject Property have been filed with the DEA by Leobardo Loya, Graciela Loya, Joseph Vittum, Stuart Knowles, and Mark Fraleigh, respectively.

3.      The first of these claims, that of Leobardo Loya, was filed with the DEA on November 29, 2011, and pursuant to 19 U.S.C. §§ 1608 and 1610, the DEA forwarded the claim to the United States Attorney's Office for the District of Colorado, for the filing of a Verified Complaint.  Pursuant to 18 U.S.C. § 983(a)(3)(A), the ninety day deadline for the United States to initiate a judicial forfeiture action against Loya's property, is February 27, 2012.

4.      Subsequent claims were filed with the DEA for some of the other subject Property, by Graciela Loya, Joseph Vittum, Stuart Knowles, and Mark Fraleigh, resulting in the deadline for initiating judicial forfeiture against those items, as March 26, April 16, and April 23, 2012, respectively.  In addition, the deadline for interested parties to file an administrative claim with DEA for some of the remaining seized property has not yet expired; therefore, there is no current deadline for the United States to file a judicial forfeiture action against those remaining assets.

5.      Pursuant to 18 U.S.C. § 983(a)(3)(A)-(C), unless the time is extended by the Court for good cause, or upon agreement of the parties, the United States is required to file a civil complaint for forfeiture against a portion of the subject Property or

obtain an indictment alleging that the subject Property is subject to forfeiture, within ninety days, or no later than February 27, 2012.  If the United States fails to do so, it is required to release the property and may not take any further action to effect the civil forfeiture of the property in connection with the underlying offense.

6.    It is the intent of the United States to file one civil forfeiture complaint against all of the property seized as part of the underlying criminal investigation for which an administrative claim has been filed with the DEA.  This would include not only the subject Property, but also any property for which the DEA administrative processing remains pending.  By extending the filing deadline for a period of sixty days, this would allow for all of the claimed property to be forwarded to the United States for judicial processing.

WHEREFORE, the United States respectfully moves this Court forthwith to extend the period within which the United States is required to file a forfeiture action against the subject Property for sixty days, or until April 27, 2012.

DATED this 16th day of February, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ Martha A. Paluch
    Martha A. Paluch
    Assistant United States Attorney
    1225 Seventeenth Street, Ste. 700
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: martha.paluch@usdoj.gov
    Attorney for Plaintiff

3