IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No.

IN RE: $15,410.00 IN UNITED STATES CURRENCY,
$6,121.00 IN UNITED STATES CURRENCY,
2009 NISSAN FRONTIER,
2001 GMC YUKON DENALI, and
2006 GMC SIERRA 1500

---

**ORDER EXTENDING UNITED STATES' TIME TO
FILE COMPLAINT FOR FORFEITURE**

---

The United States of America, pursuant to 18 U.S.C. § 983(a)(3)(A), has shown the Court that good cause exists to extend the time from February 27, 2012, to April 27, 2012, in which the United States is required to file a forfeiture action against the subject property.

THEREFORE, IT IS ORDERED, under 18 U.S.C. § 983(a)(3)(A), that the date by which the United States is required to file an action for forfeiture against the subject property is extended to April 27, 2012.

Dated this ____ day of _____, 2012.

_____
United States District Court Judge