IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-mc-00040-NONE-KLM

USA,

    Plaintiff,

v.

$15,410.00 IN UNITED STATES CURRENCY,
$6,121.00 IN UNITED STATES CURRENCY,
2009 NISSAN FRONTIER,
2001 GMC YUKON DENALI, and
2006 GMC SIERRA 1500,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **United States' Forthwith Motion for Extension of Time to File Complaint for Forfeiture** [Docket No. 1; Filed February 16, 2012]. Plaintiff United States, pursuant to 18 U.S.C. § 983(a)(3)(A), has shown the Court that good cause exists to extend the time in which the United States is required to file a forfeiture action against the subject property from February 27, 2012, to April 27, 2012. Accordingly,

    IT IS HEREBY **ORDERED** that pursuant to 18 U.S.C. § 983(a)(3)(A), the date by which the United States is required to file an action for forfeiture against the subject property is extended up to and including **April 27, 2012**.

    Dated:  February 17, 2012