IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-mc-00040-NONE-KLM **RESTRICTED**

USA,

    Plaintiff,

v.

$15,410.00 IN UNITED STATES CURRENCY,
$6,121.00 IN UNITED STATES CURRENCY,
2009 NISSAN FRONTIER,
2001 GMC YUKON DENALI, and
2006 GMC SIERRA 1500,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court *sua sponte*. On February 17, 2012, the Court entered a Minute Order extending the time in which the United States is required to file a forfeiture action against the subject property from February 27, 2012, to April 27, 2012. *See* [#3]. To date, the United States has not filed a complaint for forfeiture, nor has it requested a second extension of time in which to do so. Accordingly,

    IT IS HEREBY **ORDERED** *sua sponte* that the date by which the United States is required to file an action for forfeiture against the subject property is extended up to and including **May 11, 2012**.

    Dated: May 3, 2012