IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Miscellaneous Case No. 12-mc-00040-NONE-KLM                    **RESTRICTED**

IN RE:  $15,410.00 IN UNITED STATES CURRENCY,
        $6,121.00 IN UNITED STATES CURRENCY,
        2009 NISSAN FRONTIER,
        2001 GMC YUKON DENALI, and
        2006 GMC SIERRA 1500

### UNITED STATES' NOTICE OF FILED COMPLAINT FOR FORFEITURE

COMES NOW the United States of America, by and through United States Attorney John F. Walsh and Assistant United States Attorney Martha A. Paluch, and in response to this Court's May 3, 2012 Minute Order, states as follows:

The United States filed its Verified Complaint for Forfeiture In Rem in this case on April 27, 2012.

This case was given a Civil Action Number of 12-cv-01121-WJM-MJW, and was assigned to Judge William J. Martinez.  On April 30, 2012, Judge Martinez referred this case to Magistrate Judge Michael J. Watanabe.

DATED this 4th day of May, 2012.

Respectfully submitted,

JOHN F. WALSH
United States Attorney

By: s/ *Martha A. Paluch*
Assistant United States Attorney
1225 Seventeenth Street, Ste. 700
Denver, Colorado 80202
Telephone: (303) 454-0100
E-mail: martha.paluch@usdoj.gov
*Attorney for Plaintiff*